UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**DARTON ARCHERY, INC.** and **REX DARLINGTON**, : No. 09-3666
              Plaintiffs, :

          *vs.* :

**GRACE ENGINEERING CORP., G5 OUTDOORS LLC.** and **ELITE OUTDOORS LLC**, :
              Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Darton Archery, Inc., Rex Darlington, Grace Engineering Corp., G5 Outdoors LLC, and Elite Outdoors LLC, being all the parties in this case, through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate for dismissal of this action in its entirety, including all claims and counterclaims, with prejudice, with each party to bear its own costs and attorneys' fees.

January 11, 2010

**BLANK ROME LLP**

By:/s/ Joel L. Dion
Grant S. Palmer
Joel L. Dion
One Logan Square
Philadelphia, PA 19103
*Counsel for Plaintiffs*

**K&L GATES LLP**

By:/s/ David R. Fine
17 North Second Street, 18th Floor
Harrisburg, PA 17101-1507
*Counsel for Defendants Grace Engineering Corp. and G5 Outdoors LLC*

**HISCOCK & BARCLAY, LLP**

By:/s/ Michael A. Oropallo
Michael A. Oropallo
Financial Plaza
221 South Warren Street
Syracuse, NY 13221
*Counsel for Elite Outdoors, LLC*