# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARTON ARCHERY, INC. and REX DARLINGTON, | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : No. 09-cv-3666 |
| GRACE ENGINEERING CORP., et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this 12th day of January, 2010, upon consideration of the parties' Stipulation of Dismissal of all Claims and Counterclaims (Doc. No. 23), it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice and without costs pursuant to Local Rule of Civil Procedure 41.1(b) and the agreement of the parties.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.